# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GRADFORD,<br><br>    Plaintiff,<br><br>v.<br><br>ROSAS, et al.,<br><br>    Defendants. | **1:17-cv-01179-DAD-GSA PC**<br><br>**ORDER TO EITHER:**<br><br>**(1) SUBMIT COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS;**<br><br>**OR**<br><br>**(2) PAY $400.00 FILING FEE**<br><br>**THIRTY-DAY DEADLINE** |

**I. BACKGROUND**

William Gradford ("Plaintiff") is a prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on September 1, 2017. (ECF No. 1.) However, Plaintiff did not pay the $400.00 filing fee or submit an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

**I. ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff an application to proceed *in forma pauperis*; and

1

2. Within thirty days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed *in forma pauperis* or pay the $400.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated: **December 14, 2017**          **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE